UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| AFSHIN ANTONIO HASANKHANI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 1:15-cv-01414-SEB-MJD |
| | ) | |
| JOHNSON CONTROLS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

On November 17, 2015, Magistrate Judge Mark J. Dinsmore recommended that Plaintiff's case be dismissed for failure to prosecute his claims. The Magistrate Judge noted that on October 21, 2015, Plaintiff failed to appear at a hearing on his counsel's motion to withdraw [Dkt. 5]. The Court issued an Order to Show Cause, asking Plaintiff to explain his failure to appear, and Plaintiff again failed to appear for that hearing on November 16, 2015.

Further, it should be noted that Defendant has not been served in this matter. Plaintiff was advised that failure to comply with this Court's *Show Cause Order* would result in this Magistrate Judge's recommendation to the District Court that his case be dismissed for failure of the Plaintiff to prosecute his claims, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

Accordingly, the Court adopts the recommendation of the Magistrate Judge and **DISMISSES** this action. Final judgment will issue accordingly.

12/7/2015

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system

**Distribution via US Mail:**

AFSHIN ANTONIO HASANKHANI
5682 West Port Drive
McCordsville, IN 46055